(115 So. 296)

**Ernest CLARK v. STATE. (6 Div. 264.)**

Court of Appeals of Alabama. June 30, 1927.

Appellant's Rehearing Granted Nov. 1, 1927.

Appellee's Rehearing Denied Dec. 20, 1927.

Affirmed on Mandate Feb. 7, 1928.

R. G. Redden, of Vernon, for appellant.
Charlie C. McCall, Atty. Gen., and W. M. Rayburn, Asst. Atty. Gen., for the State.

RICE, J. Reversed and remanded on authority of Vester Clark v. State, ante, p. 319, 115 So. 294.

PER CURIAM. Affirmed on authority of Clark v. State, 217 Ala. 229, 115 So. 295.